UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NOS. 19-11650-RGS, 19-11651-RGS

MARK DOWNEY

v.

UNITED STATES, et al.

# FINAL ORDER OF DISMISSAL

In accordance with the Order dated August 19, 2019, dismissing these actions for the reasons stated therein, it is hereby ORDERED that the above-captioned matters are dismissed in their entirety.

| | |
|---|---|
| Date:  8/19/2019 | /s/ Richard G. Stearns |
| | _____ |
| | UNITED STATES DISTRICT JUDGE |